Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com
*Attorneys for Defendant*
*American Family Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY MARSILI, individually; CRISTALLE EMANUEL, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., an entity licensed to do business in Nevada; DOES I through X; DOE EMPLOYEES XI through XX, and ROE CORPORATIONS, XXI through XXX, inclusive, <br><br> Defendants. | CASE NO.: 2:18-cv-00696-JCM-GWF <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Holly Marsili and Cristalle Emanuel and Defendant American Family Mutual Insurance Company, S.I. hereby stipulate under FRCP 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing its own attorney's fees and costs.

Dated: October 24, 2018.
Nov

HENNESS & HAIGHT

_____
Jacob S. Smith, Esq. (10231)
*Attorney for Plaintiff*

Dated: ~~October~~ December 3, 2018.

                                        HUTCHISON & STEFFEN, PLLC

                                        Scott A. Flinders (6975)
                                        *Attorney for Defendant*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under FRCP 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 10, 2019.

                                        UNITED STATES DISTRICT JUDGE